**RECEIVED**

NOV 30 2015

DENISE PACHECO, CLERK
EIGHTH COURT OF APPEALS

PD-1581-15

NO. 08-14-00095-CR

DAVID JEROME,

THOMAS

v.

THE STATE OF TEXAS

§
§
§
§
§

IN THE COURT OF
RECEIVED IN
COURT OF CRIMINAL APPEALS
CRIMINAL APPEALS

OF TEXAS

DEC 03 2015

FILED IN
COURT OF CRIMINAL APPEALS

DEC 04 2015

Abel Acosta, Clerk

## PRO SE MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

Abel Acosta, Clerk

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW the Appellant/Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appellant's Petition for Discretionary Review in this cause and in support thereof would show to the Court the following:

1.     The style and number of this case in the Court of Appeals, is: DAVID JEROME, THOMAS v. The State of Texas, Appeal No. 08-14-00095 -CR.

2.     The style and number of the case in the trial court is: The State of Texas v. DAVID THOMAS ; Cause No. 1317495 D from the No. 3 CRIMINAL District Court of ~~Dallas County~~ TARRANT COUNTY, Texas.

3.     The Appellant was convicted of the felony offense of FELON IN POSSESSION OF A FIREARM

4.     Judgment was entered on 13TH FEBUARY 2014 and punishment was assessed at 45 years confinement and a fine in the amount of N/A .

5.     The conviction was affirmed in the Court of Appeals on NOVEMBER, 3RD 2015 .

---

**PRO SE MOTION FOR AN EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW** - Page 1

6. The deadline for filing the Appellant's Petition for Discretionary Review in this cause is DECEMBER 3RD

7. An extension of time for a period of sixty (60) days is requested that would make the due date JANUARY 3RD.

8. No prior request for an extension of time has been made.

9. The facts relied upon to show good cause for the requested extension are, as follows: The Appellant/Petitioner was represented by court appointed counsel during the appeal of this case to the Court of Appeals. After the conviction was affirmed, the trial court refused to appoint counsel to file a Petition for Discretionary Review. Therefore, additional time is needed for the Appellant/Petitioner to either prepare and file the Petition pro se or to seek legal assistance in filing the Petition.

**WHEREFORE, PREMISES CONSIDERED**, the Appellant /Petitioner respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause to JANUARY 3RD.

Respectfully submitted,

_David Thomas_
[Name]

## CERTIFICATE OF SERVICE

The Appellant/Petitioner hereby certifies that a true and correct copy of the foregoing

Motion has been mailed to the Office of the Criminal District Attorney for ~~Dallas County, Frank~~ TARRANT COUNTY CRIMINAL JUSTICE CENTER 401 W. BELKNAP ST, 5TH FLOOR FORT WORTH, TX. 76196 ~~Crowley Courts Building, 133 North Industrial Blvd., 11th Floor, Dallas, Texas 75207,~~ and

mailed via U.S. mail, to the ~~Office of the State Prosecuting Attorney, P.O. Box 12405, Capitol~~ 8TH COURT OF APPEALS, COURTHOUSE, 500 E. SAN ANTONIO AVE, RM 1203 EL, PASO. TX 79901 ~~Station, Austin, Texas 78711~~, on the 24TH day of NOVEMBER, 2008

_David Thomas_
**[Name]**